# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ROSENFELD IRA,<br><br>                      Plaintiff,<br><br>vs.<br><br>MAXWELL TECHNOLOGIES, INC., et al.<br><br>                      Defendants. | CASE NO. 19cv413-LAB (JLB)<br><br>**ORDER GRANTING EXTENSION OF TIME [Dkt. 13]** |

For good cause shown, the parties' joint motion to extend the time for Defendants to respond to Plaintiff's complaint is **GRANTED**.  Dkt. 13.  Defendants shall file their response by **May 31, 2019**.

      **IT IS SO ORDERED**.

Dated: May 6, 2019

                                              *(signature)*
                              **HONORABLE LARRY ALAN BURNS**
                              Chief United States District Judge